RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Xavier Wilson

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>XAVIER WILSON,<br><br>Defendant. | Case No. 2:21-cr-00304-RFB-VCF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and K. Nicholas Portz, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Xavier Wilson, that the Sentencing Hearing currently scheduled on September 1, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to prepare for the sentencing.
2. The defendant is in custody and agrees with the need for the continuance.
3. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 22nd day of August, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|    */s/ Keisha K. Matthews*<br>By_____<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender |    */s/ K. Nicholas Portz*<br>By_____<br>K. NICHOLAS PORTZ<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>XAVIER WILSON,<br><br>    Defendant. | Case No. 2:21-cr-00304-RFB-VCF<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, September 1, 2022 at 9:00 a.m., be vacated and continued to October 17, 2022 at the hour of 8:00 a.m.

DATED this 25th day of August, 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE