JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
DANIEL J. COWHIG
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101-6514
(702) 388-6336
daniel.cowhig@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-304-RFB-(VCF) |
| Plaintiff, | FIRST STIPULATION TO CONTINUE HEARING |
| vs. | |
| XAVIER WILSON, | |
| Defendant. | |

The United States of America, through Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, and the defendant Xavier Wilson, by and through his counsel, Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, stipulate and agree and jointly move this Honorable Court to vacate the status hearing set for Monday, February 5, 2024, at 12:45 p.m. and reset the hearing to a date and time convenient to the Court not less than 7 days later.

The parties make this stipulation and motion for good cause and not for the purposes of delay.

The parties make this stipulation due to the illness of the assigned government counsel. Because this status hearing is intended to support defendant Wilson's reentry following a custodial sentence and address any appropriate measures related to his supervision, continuity of government counsel would be preferable to a temporary substitution and serve the interest of justice.

Defendant Wilson is at liberty on supervised release and agrees to this continuance.

This is the first request to continue this status hearing.

The parties respectfully request this Honorable Court issue the attached proposed Order to accomplish these ends.

Respectfully submitted this February 2, 2024.

Counsel for Defendant
XAVIER WILSON
RENE L. VALLADARES
Federal Public Defender

JASON M. FRIERSON
United States Attorney

/s// Jacquelyn N. Witt
JACQUELYN N. WITT
Assistant Federal Public Defender

/s// Daniel J Cowhig
DANIEL J. COWHIG
Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>XAVIER WILSON,<br><br>      Defendant. | Case No. 2:21-cr-304-RFB-(VCF)<br><br>**ORDER** |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Based on the stipulation of the parties and the record in these matters, the Court finds that the parties make this stipulation and motion for good cause and not for the purposes of delay. The parties request this continuance of approximately 7 days because government counsel is unavailable due to illness. The parties agree that it is in the interest of justice to maintain continuity of counsel for the government. Defendant Wilson is at liberty on supervised release. This is the first request to continue this hearing.

**ORDER**

**IT IS HEREBY ORDERED**, on the stipulation of the parties and good cause appearing therefor, that the resentencing hearing set for Monday, February 5, 2024 at 12:45 p.m. be vacated and reset for Tuesday, February 13, 2024 at 10:45 a.m.     Courtroom 7C.

**IT IS SO ORDERED** this February 2nd, 2024.

_____
THE HONORABLE RICHARD F. BOULWARE II
UNITED STATES DISTRICT JUDGE

1