RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ADEN KAHSSAI
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kahssai@fd.org

Attorney for Xavier Wilson

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>XAVIER WILSON,<br><br>    Defendant. | Case No. 2:21-cr-00304-RFB-VCF<br><br>**STIPULATION TO MODIFY CONDITIONS OF RELEASE** |

  IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Acting United States Attorney, through Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kahssai, Assistant Federal Public Defender, counsel for Xavier Wilson, that this Court amend the conditions of his release.

  This Stipulation is entered into for the following reasons:

  1. On February 3, 2025, this Court held a hearing for revocation of supervised release.[1] At that hearing, the parties recommend a proposed resolution whereby Mr. Wilson agreed to a modification of sixty days in the Residential Reentry Center (RRC). Defense

---

[1] *See* ECF No. 73.

counsel also informed the Court that Mr. Wilson obtained employment as instructed. The parties further recommended the Court dismiss the petition without prejudice. The Court followed the parties' recommendations.[2]

2. Defense counsel requested a status check halfway through Mr. Wilson's placement at the RRC so that if he was in compliance, his placement would end at that time. Therefore, the Court set a status conference for March 25, 2025.[3]

3. Mr. Wilson entered the RRC on February 20, 2025. The March 25th status conference would be the halfway mark of Mr. Wilson's condition to reside at the RRC. Subsequently, due to a conflict in the Court's schedule, the Court vacated the status conference and reset the hearing to April 17, 2025.[4]

4. The parties, including the Probation Office, have conferred and agree that the modification requiring Mr. Wilson reside at the RRC be removed effective March 25, 2025, in the absence of a new petition being filed before that date by the Probation Office.

DATED this 6th day of March 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SUE FAHAMI<br>Acting United States Attorney |
| By */s/ Aden Kahssai*<br>ADEN KAHSSAI<br>Assistant Federal Public Defender | By */s/ Daniel J. Cowhig*<br>Daniel J. Cowhig<br>Assistant United States Attorney |

---

[2] *Id.*
[3] *Id.*
[4] ECF No. 74.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>XAVIER WILSON,<br><br>       Defendant. | Case No. 2:21-cr-00304-RFB-VCF |

**ORDER**

IT IS HEREBY ORDERED, that this Court amend Xavier Wilson's supervised release condition that he must reside in a Residential Reentry Center (RRC) for a term of up to 60 days to allow Mr. Wilson's placement at the RRC to end effective March 25, 2025. The Status Conference set for April 17, 2025 is VACATED.

DATED this 21st, day of March 2025

_____
UNITED STATES DISTRICT JUDGE